# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 2004

Michael N. Milby, Clerk of Court

MIGUEL MAYA-SANCHEZ       *

                              *

VS               —       * Misc. No. B-04-018

                              * (Cr. No. B02-263)

UNITED STATES OF AMERICA    *

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D Ahumada

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On July 26, 2004, the Court reviewed the case file in the above-captioned matter, and it appears that on June 7, 2004, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by September 20, 2004.

DONE at Brownsville, Texas, this 18th day of August 2004.

Felix Recio
United States Magistrate Judge