AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __Texas__

_United States Courts_
_Southern District of Texas_
_FILED_
_AUG 30 2004_
_Michael N. Milby, Clerk_

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**MISCELLANEOUS**

CASE NUMBER: **B-04-018**

I, __Miguel Maya-Sanchez__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __BSCC GivPark Unit__

    Are you employed at the institution? __Yes__  Do you receive any payment from the institution? __Yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?    ☒ Yes    ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __Work in the Kitchen__

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment    ☐ Yes    ☒ No
    b.  Rent payments, interest or dividends             ☐ Yes    ☒ No
    c.  Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d.  Disability or workers compensation payments      ☐ Yes    ☒ No
    e.  Gifts or inheritances                            ☐ Yes    ☒ No
    f.  Any other sources                                ☐ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   n/a

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   n/a

I declare under penalty of perjury that the above information is true and correct.

_8/23/04_   _Miguel Maype_
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

CORNELL CORRECTIONS

INMATE REQUEST TO A STAFF MEMBER
PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

BIG SPRING CORRECTIONAL COMPLEX
(X) AIRPARK ( ) CEDAR HILL ( ) FLIGHTLINE ( ) INTERSTATE

TO/PARA: _____
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details)

_____
_____
_____
_____
_____
_____
_____

(Use other side of page if more space is needed/Use el otro lado de la hoja si mas espacio es necesitado)

NAME/NOMBRE: Maya-Sanchez, Miguel        NO/NUMERO: 12054-179

Work Assignment/Asignación de trabajo:        Unit/Unidad: C-05

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interview, if necessary, in order to satisfactorily handle your request. Your failure to specifically state you r problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su petición, puede ser dispuesta mas rápida y inteligentemente. Usted será entrevistado si es necesario para poder manejar su petición satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna acción.

DISPOSITION: (Do not write in this space)        ·   DATE/FECHA: ___08/24/04___
DISPOSICION: (no escriba en este espacio)

   A que te mando el reporte de la commesaria por requesto.

_Norma Alaniz_
OFFICER/OFFICIAL Case Mgr

**RESIDENT HISTORY REPORT**                                                     Page 1 of 1

**Big Spring Correctional Center**
**08/24/04 11:42**
**ST 032 / OPR NH**

```
BOP Number        :   12054179
Resident Name     :   MAYA-SANCHEZ, MIGUEL
Time Frame        :   04/09/2004 14:45 - 08/24/2004 11:42
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 04/09/2004 | 14:45 | Intake     | 1  | cobra | A385   | 37.51 | 37.51 |
| 04/14/2004 | 11:02 | Order      | 2  | clh   | B662   | 13.50 | 24.01 |
| 04/15/2004 | 09:43 | Withdrawal | 19 | cdc   | S160   | 10.00 | 14.01 |
| 05/05/2004 | 15:33 | Payroll    | 10 | jcs   | J332   | 56.55 | 70.56 |
| 05/11/2004 | 09:46 | Order      | 1  | afs   | A6491  | 56.60 | 13.96 |
| 05/11/2004 | 15:41 | Credit     | 1  | afs   | A6848  | 45.83 | 59.79 |
| 05/18/2004 | 08:53 | Order      | 1  | afs   | A7976  | 48.60 | 11.19 |
| 06/01/2004 | 10:02 | Order      | 1  | clh   | A11135 | 10.89 |  0.30 |
| 06/03/2004 | 12:37 | Payroll    | 10 | jcs   | J3681  | 56.55 | 56.85 |
| 06/08/2004 | 10:01 | Order      | 1  | afs   | A12708 | 41.31 | 15.54 |
| 07/02/2004 | 09:44 | Payroll    | 10 | jcs   | J5535  | 56.55 | 72.09 |
| 07/06/2004 | 09:49 | Order      | 1  | clh   | A18835 | 44.54 | 27.55 |
| 07/06/2004 | 12:34 | Add        | 15 | fp    | O2041  | 15.00 | 42.55 |
| 07/13/2004 | 10:38 | Order      | 1  | clh   | A20613 | 30.87 | 11.68 |
| 07/13/2004 | 14:48 | Withdrawal | 4  | carey | D1952  |  6.00 |  5.68 |
| 08/06/2004 | 13:15 | Payroll    | 10 | jcs   | J8128  | 56.84 | 62.52 |
| 08/10/2004 | 10:13 | Order      | 1  | OsRa  | A26521 | 39.43 | 23.09 |
| 08/17/2004 | 10:20 | Order      | 1  | OsRa  | A28262 | 20.00 |  3.09 |

Miguel Maya Sanchez #16054-174
c/o Jr. Park Unit
1700 Wright Avenue
Big Spring, TX. 79720

BIG SPRING CORRECTIONAL CENTER, AIRPARK



Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

77208+1010



AUG 3 0 2004