**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MIGUEL MAYA-SANCHEZ | * | |
| VS | * | Misc. No. B04-018 |
| UNITED STATES OF AMERICA | * | (Cr. No. B02-263) |

### ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **January 31, 2005**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 29th day of November 2004.

_____
Felix Recio
United States Magistrate Judge