**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Miguel Maya-Sanchez
Reg. No 12054-179
Big Spring Correctional Center
Airport Unit, 3700 Wright Ave
Big Spring, TX 79720
Misc. B04-18 (11/29/04 Order)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Miguel Maya* ☐ Agent ☐ Address

B. Received by (Printed Name) *Miguel Maya* | C. Date of Delivery 12-3-

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 1680 0006 5247 1340

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540