## APPENDIX A

STATEMENT OF FACTS FROM:

*UNITED STATES V. MIGUEL MAYA-SANCHEZ*
CRIM. NO. B-02-263

Maya was a citizen of Mexico (Doc. 27, p. 33; PSR, ¶ 37). On December 18, 1997, he was convicted of the felony offense of conspiracy to deliver/manufacture cocaine (less than 50 grams) in the 15th Circuit Court at Coldwater, Michigan. He was sentenced to 4 to 20 years' confinement. On March 22, 2001, he was paroled. He was deported from the United States to Mexico on March 26, 2001 (Doc. 27, p. 33; PSR, ¶¶ 4, 26).

On April 15, 2002, Maya was found in the United States at the Sam Perl Boulevard in Brownsville, Texas by agents with the United States Border Patrol. He admitted to the agents that he was a citizen of Mexico without any proper identification documents to legally enter the United States (Doc. 27, p. 33; PSR, ¶ 3). Maya did not have permission from the Attorney General to re-enter the United States following his deportation (Doc. 27, p. 33; PSR, ¶ 5).