IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL MAYA-SANCHEZ,<br>Defendant-Movant, | § § § | |
| VS. | § § | MISC. NO. B-04-018 |
| UNITED STATES OF AMERICA,<br>Plaintiff-Respondent. | § § | CRIMINAL NO. B-02-263 |

## ORDER

It is hereby ORDERED that the Petitioner Miguel Maya-Sanchez's Motion to Vacate or Reduce Sentence Pursuant to 28 U.S.C. § 2255, IS WITHOUT MERIT AND IS HEREBY DISMISSED WITH PREJUDICE pursuant to Rule 8(a), Rules of § 2255 Proceedings.

Signed at Brownsville, Texas on _____, 2005.

HILDA G. TAGLE
United States District Judge