United States District Court
Southern District of Texas
FILED

MAY 2 4 2005

Michael N. Milby
Clerk of Court

```
U.S. Postal Service
CERTIFIED MAIL  RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
                  OFFICIAL USE
       Postage     $
       Certified Fee
                                              Postmark
       Return Receipt Fee                      Here
       (Endorsement Required)
Mr. Miguel Maya-Sanchez
       Restricted Delivery Fee
       (Endorsement Required) 04-179
Big Spring Correctional Ctr
       Total Postage & Fees  $
Airport Unit, 370 Wright Avenue
Big Spring, TX  79720
Street, Apt. No.;  B04-18  (5/24/05 R&R)
or PO Box No.
City, State, ZIP+4
```

7003 1010 0003 4967 3112

B·04-018