United States District Court
Southern District of Texas
FILED

JUN 0 6 2005

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL MAYA-SANCHEZ , | § | |
| | § | |
| | § | |
| VERSUS | § | CASE No.: **B-04-018** ✓ |
| | § | **B-02-263** |
| UNITED STATES OF AMERICA, RESPONDENT. | § | |

## PETITIONER'S OBJECTIONS TO MAGISTRATE'S FINDINGS

TO THE HONORABLE, FELIX RECIO, UNITED STATES MAGISTRATE JUDGE:

Comes Now, Miguel Maya-Sanchez, ("Petitioner"), acting in Pro-se capacity and respectfully submits his Objection's to Magistrate's Findings and states as follows:

On June 4, 2004, Petitioner filed his 28 U.S.C. § 2255. On May 27, 2005, Petitioner received Magistrate Judge's Report and Recomendation. Petitioner was notified that he may state his re-comendation to the magistrate's report within 10 days after being served.

Petitioner is raising one issue of ineffective assistance of counsel claim. Under the interpretation of **Strickland vs. Washington**, **466 U.S. 668,** Petitioner must prove (1) deficient performance and (2) actual prejudice. Petitioner's final offense level of 21, and criminal history category of IV resulted in sentencing range 77 to 96 months imprisonment. Petitioner's sentence did not warrant as high as increase in his history score as he received. Petitioner persuasively alleges that the retail theft **convictions** mentioned on his original writ were **minor** offenses which did not warrant such a sentence. Trial counsel failed by not providing prior case's in which the district court in this district issued a lesser sentence, even on case's much complicated than the one before the court. Trial preparation is not part of strategy, and this is how trial counsel prejudiced the out come.

## **CONCLUSION**

Petitioner suplicates that after reivewing this writ grants relief request. Justice demands nothing less.

Respectfully Submited,

Dated on: 5-31 05

Miguel Maya-Sanchez
BOP NO.: 12054-179
3700 Wright Avenue
Big Spring, Texas 79720

## CERTIFICATE OF SERVICE

I, Miguel Maya-Sanchez, certify that on May 31, 2005, mailed petitioner's Objections to Magistrate's Findings to: District Clerk, 600 E. Harrison # 203, Brownsville, Texas, 78520-7152.