United States District Court
Southern District of Texas
FILED

JUN 0 7 2005

Michael N. Milby
Clerk of Court

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 05-27-05

1. Article Addressed to:

Mr. Miguel Maya-Sanchez
Reg. No 12054-179
Big Spring COrrectional Ctr
Airport Unit, 370 Wright Avenue
Big Spring, TX  79720

Misc. No B04-18 (5/24/05 R&R)

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1010 0003 6967 3112

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540