UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MIGUEL MAYA-SANCHEZ, | § | |
|     Defendant / Movant, | § | |
| | § | |
| v. | § | MISC. NO. B-04-018 |
| | § | (CRIM. NO. B-02-263) |
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff / Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the government's Motion to Dismiss (Docket No. 8) is hereby GRANTED. Accordingly, Petitioner Miguel Maya-Sanchez's Motion to Vacate or Reduce Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) is DENIED and summarily DISMISSED.

DONE at Brownsville, Texas this _____ day of _____, 2005.

_____
Hilda Tagle
United States District Judge